No. 83–6252. CARTER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 83–6282. MOTHERSHED v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 83–6303. JOHNSTON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 83–6358. WORTHING v. ISRAEL, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–6387. HOWELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–6391. LACOSTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–6427. THOMA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–6447. HALL v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 83–6480. JONES v. MABRY ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–6502. LONDON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–6548. PALMER v. PERKO, DEPUTY DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 83–6550. PIRES v. GRUMMAN AEROSPACE CO. C. A. 4th Cir. Certiorari denied.

No. 83–6556. BUCHMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–6558. GORMON v. FREY. C. A. 8th Cir. Certiorari denied.

No. 83–6559. SANFORD v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.